PEOPLES NATIONAL BANK, APPELLANT, V. AUGUST MEIER, APPELLEE.

FILED FEBRUARY 27, 1914. No. 17,635.

APPEAL from the district court for Sioux county: WILLIAM H. WESTOVER, JUDGE. *Reversed.*

*Eastman & Dudley* and *G. T. H. Babcock,* for appellant.

*Fisher & Rooney, contra.*

BARNES, J.

The facts of this case are the same as those found in the opinion in *Peoples Nat. Bank v. Ring, ante,* p. 376. It was there stipulated and agreed that the judgment or decree entered herein by the supreme court shall be in all things governed by the opinion in that case.

Following the judgment in *Peoples Nat. Bank v. Ring, supra,* the judgment in this case is reversed and the cause is remanded for further proceedings.

REVERSED.

LETTON, FAWCETT and HAMER, JJ., not sitting.